# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                                  **CRIMINAL ACTION NO. 1:01CR98-P-D**

**JOHN E. ANDREWS,**                                                          **DEFENDANT.**

## ORDER

This matter comes before the court after the hearing held on this day regarding the defendant's plea agreement with the Government. During said hearing, the court rejected the plea agreement, allowed the defendant to withdraw his plea of guilty, and allowed the defendant to proceed to trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The plea agreement among the Government and the defendant is rejected;

(2) The defendant's prior plea of guilty is stricken;

(3) Trial for this matter is set for Monday, April 24, 2006 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(4) The deadline for filing pretrial motions is April 3, 2006; and

(5) The deadline for submitting a plea agreement is April 10, 2006.

**SO ORDERED** this the 23rd day of March, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE